# JEFFERSON CAPITAL SYSTEMS, LLC

16 McLeland Road                                                                                                        May 3, 2016
St. Cloud, MN  56303

Jefferson Capital Systems, LLC's payment processor is changing. Effective April 14th, please update our new payment address in your system ensuring that all versions of Jefferson Capital Systems, LLC's creditor names have been updated. Variations can include, but are not limited to: Jefferson Capital, Jefferson Capital Systems, and Jefferson Capital Systems, LLC.

Please note that our noticing address has NOT changed and remains as listed below.

<u>NOTICE OF CHANGE OF **PAYMENT** ADDRESS – EFFECTIVE APRIL 14, 2016</u>

| | |
|---|---|
| **Previous Payment Addresses:** | PO Box 953185, St. Louis, MO 63195-3185 |
| | PO Box 23051, Columbus, GA 31902 |
| | 16 McLeland Rd., St. Cloud, MN  56303 |
| **New Payment Address:** | **Jefferson Capital Systems LLC** |
| | **PO Box 772813** |
| | **Chicago, IL  60677-2813** |
| **Notice Address:** | PO Box 7999, St. Cloud, MN 56302-9617 |

If you have any questions or require additional information to update our address, please don't hesitate to contact us at Tel: 1-800-928-7314; Fax: (320) 229-8583; or email: Bankruptcy@Jcap.com

Thank you for your assistance.

Sincerely,

/s/ Angie Knapp

Manager